or her counsel) to have access to and view the described documents and records, it appears that no prejudice will result to the state by complying with such order.

HAWTHORNE and SUMMERS, JJ., are of the opinion the application should be granted.

154 So.2d 770

**Hendrix BOURGEOIS, Sr.,**

**v.**

**Nathan FRANCOIS et al.**

**Willie Marie JONES et al.**

**v.**

**Oville BREAUX, Sr., etc., et al.**

**No. 46808.**

June 28, 1963.

Court of Appeal, Fourth Circuit. 152 So. 2d 383.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.